UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.: SA CV 08-513 AHS (ANx)          Date: August 26, 2008

Title:      Robert Duncan v. Fremont Investment & Loan, et al.

==================================================================

**PRESENT**:  HON. **ALICEMARIE H. STOTLER**, CHIEF U.S. DISTRICT JUDGE


           Ellen Matheson                              Not Present
           Deputy Clerk                               Court Reporter

**ATTORNEYS PRESENT:**  None present

**PROCEEDINGS:**          (IN CHAMBERS) ORDER TO PLAINTIFF TO SHOW
                          CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED OR
                          ACTION DISMISSED

        On June 11, 2008, the Court issued an Order requiring the parties to file a Rule 26(f) Report no later than August 25, 2008.  Under Fed. R. Civ. P. 26(f), the parties must mutually file a Joint Report with the Court within fourteen days after the parties' Rule 26(f) conference discussing all matters required under Rule 26(f).  The Court has not received a Joint Report as required under Rule 26(f).

        According to the unilateral report filed on August 20, 2008, plaintiff has been unresponsive to the efforts of defendant Executive Trustee Services, LLC, to meet and confer regarding the Rule 26(f) Report.  Therefore, plaintiff is ordered to show cause in writing, no later than fourteen days from the date of this Order, why sanctions pursuant to Local Rule 83-7 payable to the U.S. District Court Clerk should not be assessed and/or why this action should not be dismissed for lack of prosecution.

        The Clerk is directed to serve this minute order on all parties in this action.


**MINUTES FORM 11**                          **INITIALS OF DEPUTY CLERK** enm
**CIVIL - GEN      CO            D - M**
O:\ECF Ready\CV.08-513.OSC.NoRule26(f)Report.wpd